IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0389

_____

KELLY DEAN WORTHAN,

      Petitioner and Appellant,

  v.                                  O R D E R

STATE OF MONTANA,

      Respondent and Appellee.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Jennifer B. Lint, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 14 2023